MICHAEL JOSEPH CADDIE #408109. (BM) TDCJ-CID
JESTER. 4. UNIT / D3-43 SID #03584950
#4 JESTER ROAD — [REQ] "FULL PARDON" PO
RICHMOND, TX. 77406-8544
                              [REQ] "EXONERATION"
(TUES. 21St APR. 2015)              VIA

          "RACIAL DISCRIMINATION"

TX. (Court of Criminal Appeals)
        (Capitol Station)                     22,447-01
P. O. BOX 12,308

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 24 2015

Abel Acosta, Clerk

ATTN: LOUISE PEARSON, clerk

AUSTIN, TX.              78711

CLERK,
                  "(1985-2015)"
___ ON, NUMEROUS, OCCASSIONS ! (!!              IVE
ADDRESSED ___ MY __"(Criminal. Legal. Case) TO
YOUR [OFFICE] ! OF, [AGG. SEXUAL. ASSAULT] !
INVOLVING, A (WF) (MISS DONNA              KAYE
REYNOLDS (WF) OF, [HOUSTON, (HARRIS. CO.), TX.] !
"THAT, (NEVER), (OCcURRED.or. Existed) ! ! ( SOME,
(30YRS), AGO ! (1985-2015) !! !
___ THIRTY. YRS, (30YRS.), AGO ! (1985-2015) !! !
I, WAS, (WRONGFULLY & FALSELY) INDICTED ;



① CHARGED, ② CONVICTED, ③ SENTENCED, ④ IMPRI-SONED! — BY, A, : [HOUSTON, (HARRIS CO.), TX] GRAND-JURY! AND, BY, AN (ALL-WHITE) "RACIST" JURY! AS, WELL, AS — BY (ALL-WHITE) "RACIST" [PRO-FESSIONAL-WITNESSES] — INCLUDING; ① POLICE-OFFICERS (M/S), ② MED. DRS (M/S) ③ NEUROSURGE-ONS (M/S), ④ M/S & W/S [WITNESSES] & ⑤ APART. MGRS (M/S, ETC [!!! FOR, A (10 yrs.) PERIOD! ON, (Oct. 15-24, 1985)! SOME (30 yrs.), AGO! (1985-2015)!!!

P②

<u>PLEASE-NOTE</u>: "I, WAS, <u>ORIGINALLY</u>, "CHAR-GED — WITH (3) THREE [OFFENSES]: ① [— AGG.-KIDNAPPING, ② [ATTEMPTED-CAPITAL-MURDER] & ③ [AGG. SEXUAL-ASSAULT] !!! "BUT, AFTER AN: [INTENSE-INVESTIGATION] — BY (LOCAL) [LAW-ENFORCEMENT] & [H.P.D—S.C.U]! ② TWO, OF THE (CHARGES) WERE (DROPPED) & DIS-MISSED"!!! AND, I, WAS (TAKEN) THEN TO (JURY-TRIAL) (Oct. 15-24, 1985) — ON, THE, [LAT-

-TER. OR REMAINDER] OF: [AGG. ___ SEXUAL ASSAULT] !!!
. (INVESTIGATE). & (INTERROGATE). ??) RELEASE

STATE. OF. TEXAS
VS.                    TDCJ. CID
MICHAEL      JOSEPH   CADDIE #408109 (BM
SID#03584950 ___ ___

CASE. NO.##: 01-03-00057-CV                    P③
CASE. NO.##: 01-86-00010-CR
CASE. NO.##: 01-03-00570-CR
                    WR 22,447-01

CAUSE. NO.##: 419,171 A

[Jury. TRIAL]

Oct. 15-21, 1985 ___ 339th DIST. COURT
[30 YRS.] AGO: ─ (1985-2015)
"POST. CONVICTION"

PRESIDING. JUDGE: [THEN: (Oct. 1985] / [the time?
NORMAN. E. LANFORD (WM! ___          BUT ___
WAS, (REPLACED)" BY A: (Substitute Judge) XXxxx!
(NAME. UNK!) !!! WHO, PRESIDED, @ (Jury.
. TRIAL) (Oct. 15-21, 1985) @:
[HOUSTON, CHARRIS (CO), TEXAS]